**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**Western District of Texas**

Case number (if known): _____ Chapter __7__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **Cossatot A, LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | **Northgate Apartments** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 6 – 4 4 0 0 6 8 7 | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **12400 W Highway 71 Ste 350-388** | |
| Number  Street | Number  Street |
| **Bee Cave, TX 78738-6517** | |
| City  State  ZIP Code | City  State  ZIP Code |
| **Travis** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number  Street |
| | City  State  ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Cossatot A, LLC**     Case number *(if known)* _____
     Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☐ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br>____ ____ ____ ____ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☑ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11. *Check **all** that apply:*<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>                                                      MM / DD / YYYY<br>      District _____ When _____ Case number _____<br>                                                       MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>      District _____ When _____<br>                                                         MM / DD / YYYY<br>      Case number, if known _____ |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page **2**

Debtor __**Cossatot A, LLC**_____  Case number *(if known)* _____
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>                                  Number    Street<br>_____<br>City                                       State     ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000     ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor __Cossatot A, LLC__  Case number *(if known)* _____
        Name

### 16. Estimated liabilities

- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/22/2024__
             MM/ DD/ YYYY

X __/s/ Winifred Seghers__                          __Winifred Seghers__
Signature of authorized representative of debtor     Printed name

Title __Member__

### 18. Signature of attorney

X __/s/ Jerome A. Brown__                Date __05/22/2024__
Signature of attorney for debtor              MM/ DD/ YYYY

__Jerome A. Brown__
Printed name

__The Brown Law Firm__
Firm name

__4002 East U.S. Highway 290__
Number      Street

__Dripping Springs__            __TX__       __78620-4207__
City                             State         ZIP Code

__(512) 306-0092__              __jerome@brownbankruptcy.com__
Contact phone                    Email address

__03140000__                    __TX__
Bar number                       State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **4**

ACACIA ADAMS
212 NW 85TH ST
OKLAHOMA CITY, OK 73114-3408

AUSTIN DAVIS
C/O REGINA DAVIS
201 TWILIGHT DR
WACO, TX 76705-1704

BOBBY JOE PARR
JOE KEGANS STATE JAIL
707 TOP ST
HOUSTON, TX 77002-1223

BRIAN BROOKS
1106 HOOKS ST APT 57
WACO, TX 76705-1433

CIRRO ENERGY
PO BOX 2229
HOUSTON, TX 77252-2229

CITY OF LACY-LAKEVIEW
PO BOX 154549
WACO, TX 76715-4549

DAVID HOLDER
1027 3RD ST
WEBSTER CITY, IA 76705-1101

DERWIN WILKINS
1003 LEWIS STREET
WACO, TX 76705

DONNY KINSEY
1909 S 12TH ST
WACO, TX 76706-6602

ELYSSA HIXSON
4717 ERATH ST
WACO, TX 76710

EMMANUEL CHAMBERS
1215 W 5TH ST
MCGREGOR, TX 76657-1421

EMMANUEL O'QUINN
613 PALMER AVE
TYLER, TX 75701-2339

ESTATE OF KRISTOPHER COLT ROWE
DUNNAM & DUNNAM
PO BOX 8418
WACO, TX 76714

ESTATE OF LACRESIA VANYA
STEPHENS LAW
1300 S. UNIVERSITY DR. SUITE 406
FORT WORTH, TX 76107

ESTATE OF MARSHALL BURNS
ZIMMERMAN, COTNER, RESSETAR & LANE
3501 W WACO DR
WACO, TX 76710-5438

FRANCESCA LUCAS
1006 HOOKS ST APT 22
WACO, TX 76705

JEFF HONEA
C/O THE CARLSON LAW FIRM
2420 INTERSTATE 35 S
WACO, TX 76706

JODI FIFERLICK
119 N LINCOLN AVE
EAGLE GROVE, IA 50533-1727

JOSHUA GRIFFIS
C/O THE CARLSON LAW FIRM
2420 INTERSTATE 35 S
WACO, TX 76706

KAMICKA MILLER
1215 W 5TH ST
MCGREGOR, TX 76657-1421

KATIE RHEA
1607 WEST LN
KILLEEN, TX 76549-1495

KEITH FITCH
1003 LEWIS STREET
WACO, TX 76705

KIMBERLY REESE
C/O THE CARLSON LAW FIRM
2420 INTERSTATE 35 S
WACO, TX 76706

RHEANNA RIVERO
1673 FM 431
LOTT, TX 76656

SHANON HOLDER
1027 3RD ST
WEBSTER CITY, IA 50595-1205

SUMMER WILLIAMS
1909 S 12TH ST
WACO, TX 76706-6602

SUSAN HOLDER
1027 3RD ST
WEBSTER CITY, IA 76705-1101

TABATHA MILAM
1909 S 12TH ST
WACO, TX 76706-6602

TYRELL YOUNG
4715 FORT AVE
WACO, TX 76710-8833

VINCENZO PARCELL
4717 ERATH ST
WACO, TX 76710-4623

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Cossatot A, LLC**　　　　　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date　**05/22/2024**　　　Signature　　**/s/ Winifred Seghers**
　　　　　　　　　　　　　　　　　　　　Winifred Seghers, Member